

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANTHONY SIMMONS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:17-CV-684-A |
| § | |
| NANCY A. BERRYHILL, ACTING § | |
| COMMISSIONER, SOCIAL SECURITY § | |
| ADMINISTRATION, § | |
| § | |
| Defendant. § | |

ORDER

Came on for consideration the above-captioned action wherein Anthony Simmons is plaintiff and Nancy A. Berryhill, Acting Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of defendant denying plaintiff's claims for supplemental security income based on a determination that plaintiff has not been under a disability, as defined in the Social Security Act, since July 7, 2014, the date the application was filed. On July 31, 2018, the United States Magistrate Judge issued his findings, conclusions and recommendation, and granted the parties until August 14, 2018, in which to file and serve any written objections thereto. Neither party filed objections. Having independently reviewed the record and applicable authorities, the court accepts the findings, conclusions, and recommendation.

The court ORDERS that the decision of defendant that, based on the application for supplemental security income protectively filed on July 7, 2014, plaintiff, Anthony Simmons, is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, reversed and remanded to defendant for further administrative proceedings consistent with the Magistrate Judge's findings, conclusions and recommendation.

SIGNED August 15, 2018.

JOHN McBRIDE
United States District Judge